IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION


KEVIN L. WILSON and DANA WILLIAMS WILSON                    PLAINTIFFS

VS.                                CIVIL ACTION NO. 5:18-cv-80-DCB-MTP

PHILIP WEST, Individually and in his Official Capacity
as Vice-President of the Natchez-Adams School District;
JACQUELINE L. MARSAW, Individually and in concert
with Defendant, PHILIP WEST, NATCHEZ-ADAMS
SCHOOL DISTRICT BOARD OF TRUSTEES, Amos
James, Philip West, Thelma Newsome and Brenda Robinson,
Individually and in their Official Capacities and in concert
With Defendant, Philip West; and JOHN DOES NOS. 1-10         DEFENDANTS


NOTICE OF APPEARANCE

COMES NOW, Arthur F. Jernigan, Jr., of the law firm of Jernigan Copeland Attorneys,

PLLC, and hereby enters his appearance before this Honorable Court as counsel of record on behalf

of Plaintiffs, Kevin L. Wilson and Dana Williams Wilson,, in the above-referenced cause.

RESPECTFULLY SUBMITTED, this the 21st day of September, 2018,

KEVIN L. WILSON and DANA WILLIAMS WILSON

/s/Arthur F. Jernigan, Jr.
By:_____
Arthur F. Jernigan, Jr.
One of the Attorneys for Plaintiffs


OF COUNSEL:

ARTHUR F. JERNIGAN, JR. (MSB #3092)
JERNIGAN COPELAND ATTORNEYS, PLLC
587 Highland Colony Parkway (39157)
Post Office Box 2598
Ridgeland, Mississippi 39158
Telephone:  (601) 427-0048
Facsimile:  (601) 427-0051
ajernigan@jcalawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I have this date electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following counsel of record:

Paul A. Koerber, Esq.
Koerber Law Firm, PLLC
Post Office Box 184
Biloxi, Mississippi 39533

J. Tucker Mitchell, Esq.
Randall E. Day, III, Esq.
MITCHELL DAY LAW FIRM, PLLC
618 Crescent Blvd., Suite 203
Ridgeland, Mississippi 39157
tmitchell@mitchellday.com
rday@mitchellday.com

THIS the __21st__ day of September, 2018.

/s/Arthur F. Jernigan, Jr.

_____
Arthur F. Jernigan, Jr.