IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION

**KEVIN L. WILSON and DANA WILLIAMS WILSON**              **PLAINTIFFS**

**VS.**                                         **CIVIL ACTION NO. 5:18-cv-80-DCB-MTP**

**PHILIP WEST, Individually and in his Official Capacity
as Vice-President of the Natchez-Adams School District;
JACQUELINE L. MARSAW, Individually and in concert
with Defendant, PHILIP WEST, NATCHEZ-ADAMS
SCHOOL DISTRICT BOARD OF TRUSTEES, Amos
James, Philip West, Thelma Newsome and Brenda Robinson,
Individually and in their Official Capacities and in concert
With Defendant, Philip West; and JOHN DOES NOS. 1-10**              **DEFENDANTS**

AGREED ORDER OF DISMISSAL

**THIS MATTER,** having come before the Court on the motion *ore tenus* of all parties herein, and the Court, having considered said motion and being advised that the parties have reached a settlement of all claims and otherwise agree that this matter be dismissed, does hereby find that Plaintiffs Kevin L. Wilson and Dana Williams Wilson's Complaint filed against all Defendants is dismissed with prejudice; it is further ordered that each party is responsible for their respective costs herein.

**SO ORDERED,** this  13th  day of  February , 2020.

                                                                       s/David Bramlette
                                                            **United State District Court Judge**

**AGREED:**

**BY:** */s/ Arthur F. Jernigan, Jr.*
Arthur F. Jernigan, Jr. (MSB#3092)
Attorney for Plaintiffs
**ajernigan@jclawfirm.com**

**By:** */s/ Randall E. Day, III*
Randall E. Day, III (MSB# 9722)
Attorney for Defendant
Natchez Adams School District
**rday@cctb.com**

**By:** */s/ Everett T. Sanders*
Everett T. Sanders(MSB #6433)
Aisha A. Sanders (MSB #104949)
Attorneys for Defendant Jacqueline L. Marsaw
asanders@sanlaw.net
esanders@sanlaw.net


**By:** */s/ Darren A. Patin*
Darren A. Patin (LA #23244)(Admitted *Pro Hac Vice*)
Stephen A. Anderson (MSB #1593)
Attorneys for Defendant Phillip West

dpatin@hmhlp.com
sanderson@hmhlp.com